PEOPLE V JAMES MARTIN, No. 137386. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285311.

SHAWL V SPENCE BROTHERS, INC, No. 137388; reported below: 280 Mich App 213.

PEOPLE V COY, No. 137391. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 284870.

PEOPLE V YOWELL, No. 137398. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 284907.

PEOPLE V MOSES WILLIAMS, No. 137406. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 282947.

PEOPLE V ANTONIO HUNTER, No. 137416. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285529.

PEOPLE V NIXON, No. 137434. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 286317.

PEOPLE V EADY, No. 137452. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284560.

PEOPLE V HARVEY DURR, No. 137460. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286838.

PEOPLE V MURPHY, No. 137462. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284698.

PEOPLE V CANNON, No. 137463. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 285785.

PEOPLE V DERRY THOMAS, No. 137470. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 285996.

PEOPLE V WHITMAN, No. 137517. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283917.

PEOPLE V DUVALL, No. 137555. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285013.

BASKERVILLE V RIVER ROUGE PUBLIC SCHOOLS BOARD OF EDUCATION, No. 137556; Court of Appeals No. 285291.
CAVANAGH, J., did not participate due to a familial relationship with counsel of record.